UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DECKERS OUTDOOR CORPORATION,                      :
a Delaware Corporation,                                              :
                                                                                  :
               Plaintiff,                                      :        **ORDER**
                                                                                  :
     -against-                                                  :        19- CV-10951 (PAE) (KNF)
                                                                                  :
PW SHOES, INC., a New York Corporation; and
DOES 1-10, inclusive,                                                  :
                                                                                  :
              Defendants.                                  :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The parties to this action are directed to confer and, thereafter, propose to the Court three dates on which all parties are available to participate in a settlement conference. Please be advised that no conferences will be held in August 2020.

Dated: New York, New York
        July 14, 2020                  SO ORDERED:

                                                 _Kevin Nathaniel Fox_
                                                 KEVIN NATHANIEL FOX
                                                 UNITED STATES MAGISTRATE JUDGE