UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DECKERS OUTDOOR CORPORATION,

                        Plaintiff,

         -v-

PW SHOES, INC.,

                        Defendant.

19 Civ. 10951 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      A case-management conference in this case is currently scheduled to take place on Monday, February 15, 2021, at 2:30 p.m.  *See* Dkt. 28.  In light of that day being President's Day, that conference is hereby rescheduled for **February 16, 2021, at 1:00 p.m.**  The conference will be held telephonically.  The parties should call into the Court's dedicated conference line at (888) 363-4749 and enter Access Code 468-4906, followed by the pound (#) key.  Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

      In addition, all discovery in this case has closed.  *See* Dkts. 22 (setting close of fact discovery on September 1, 2020, and close of expert discovery on October 15, 2020), 28 (granting 90-day extension of both dates, *i.e.*, to November 30, 2020 for fact discovery and January 13, 2020, for expert discovery).  Neither party has filed any letter, in accord with the Court's Individual Rule 3(H), setting forth its intent to move for summary judgment.  Further, in the parties' last proposed scheduling order, Dkt. 27-1 at 2, they noted their intent to hold a settlement conference before a magistrate judge on January 28, 2021, which appears not to have occurred.

To ensure that the February 15, 2021 conference is a productive use of the Court's and the parties' time, the Court hereby orders as follows.  If either party intends to move for summary judgment, they shall file a letter by **February 5, 2021**, requesting that the February 15, 2021 conference serve as a pre-motion conference.  In accord with the Court's Individual Rule 3(H), that letter, not to exceed three single-spaced pages, must set forth the basis for the anticipated motion, including the legal claims at issue.  The other party shall respond similarly by **February 10, 2021**.  The Court will review and discuss with counsel any anticipated summary judgment motions at the pre-motion conference.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time, and counsel are directed to appear promptly.  All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: January 29, 2021
       New York, New York